1

2

3

4

5

6

7

8

9                            UNITED STATES DISTRICT COURT

10                          CENTRAL DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,              No. CR 2:11-00312-JAK-1

12             Plaintiff,                   ORDER MODIFYING SENTENCE AND
                                            SETTING CONDITIONS OF SUPERVISED
13             v.                           RELEASE

14   ALBERT CURIEL,

15             Defendant.

16

17       For the reasons stated in the "Order Re Motion for Compassionate

18   Release Under 18 U.S.C. § 3582(C)(1)(A) (Dkt. 133)," IT IS HEREBY

19   ORDERED THAT Defendant's sentence of imprisonment is modified to time

20   served pursuant to 18 U.S.C. § 3582(c)(1)(A); provided, however, the

21   conditions of release are modified as follows:

22       1.   The Court imposes a new, additional term of supervised

23   release to run through the unserved portion of Defendant's original

24   term of imprisonment -- to and including Defendant's current

25   calculated release date of December 13, 2021.

26           a.   The terms of such supervised release shall be the same

27   as the terms of supervised release specified in the February 21, 2018

28   Judgment and Commitment Order (Dkt. 124), with the exception that

Amended General Order 20-04, rather than General Order 18-10, shall apply.

        b.   In addition, Defendant shall serve this additional term of supervised release in home detention. During the period of home detention, the following terms and conditions shall apply:

        i.   Defendant shall participate in location monitoring, which may include radiofrequency monitoring, GPS, or voice activation technology as directed by the Probation Officer.

        ii.   Defendant shall be restricted to his residence at all times, except for medical needs or treatment, attorney visits, court appearances, or at the discretion of the Probation Officer.

        iii. The home detention shall be served in the current residence of his mother, Alicia Curiel, in Chatsworth, California. The location where Defendant shall reside may be changed only with the approval of the Probation Officer.

        c.   Upon the completion of the home confinement portion of supervised release, Defendant shall remain on supervised release for five years under the same terms and conditions stated in § 1.a, supra.

2.   Before being released from BOP custody, Defendant shall submit to a 14-day quarantine at USP Lompoc. This quarantine shall begin promptly after entry of this Order.

3.   After the 14-day quarantine, Defendant shall submit to a health screening by BOP and, if Defendant is found to be exhibiting symptoms consistent with COVID-19 or Defendant is confirmed to have COVID-19, Defendant shall not be released to the public absent further order of the Court.

4. During the period of supervised release, Defendant shall comply with national, state, and local public-health orders regarding COVID-19.

**IT IS SO ORDERED.**

DATED: October 20, 2020

John A. Kronstadt
United States District Judge

cc:  Bureau of Prisons
     United States Probation and Pretrial Services